Commonwealth *v.* Sedden, Appellant.

Argued December 10, 1971.

*John W. Packel,* Assistant Defender, with him *Andrea Levin,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James J. Wilson,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order vacated and record remanded for a hearing on the issue of whether there was an intelligent waiver of a jury trial by appellant.